# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

DAVID ALAN COKER,  :
AIS 244873,
                              :

    Petitioner,

                              :

vs.                               CA 09-0766-CG-C
                              :

BILLY MITCHEM,
                              :

    Respondent.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the supplemental recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 11, 2010 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 12th day of April, 2010.

                                            /s/ Callie V. S. Granade
                                            UNITED STATES DISTRICT JUDGE