# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

DAVID ALAN COKER, :
AIS 244873,
:
    Petitioner,
:
vs.                                          CA 09-0766-CG-C
:
BILLY MITCHEM,
:
    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 12th day of April, 2010.

                                                /s/ Callie V. S. Granade
                                                UNITED STATES DISTRICT JUDGE